MIRIAM WEXLER v. HOWARD P. WEXLER.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.